436 A.2d 982

**Frank HENRY, Appellant,**

**v.**

**CONTROL PRODUCTS COMPANY**

**v.**

**CERRO CORPORATION and Cerro Wire and Cable Company.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1981.

Decided Oct. 8, 1981.

Reargument Denied Nov. 25, 1981.

Mark B. Aronson, Behrend, Aronson & Morrow, Pittsburgh, for appellant.

Paul D. Kruper, George M. Evan, Pittsburgh, for Control Products.

Daniel B. Winters, Charles Kirshner, Pittsburgh, for Cerro Corp. and Cerro Wire and Cable Co.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The appeal, 426 A.2d 116, is dismissed as having been improvidently granted.